CJRA-S, CLOSED, JMR

06-260 C

**U.S. District Court**
**Southern District of Mississippi (Hattiesburg)**
**CIVIL DOCKET FOR CASE #: 2:05-cv-00086-KS-JMR**
**Internal Use Only**

Trustmark National Bank v. Thompson et al
Assigned to: District Judge Keith Starrett
Referred to: Magistrate Judge John M. Roper
Cause: 28:1442 Notice of Removal

Date Filed: 03/31/2005
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Trustmark National Bank** represented by **Robert Daniel Welch**
DANNY WELCH, ATTORNEY
224 North Main St.
Mendenhall, MS 39114
(601) 847-2539
Email: welchddd@netdoor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles F. Barbour**
BENNETT, LOTTERHOS, SULSER & WILSON
P.O. Box 98
Jackson, MS 39205-0098
(601) 944-0466
Email: cbarbour@blswlaw.com
*ATTORNEY TO BE*

RECEIVED
MAR 29 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

TRUE COPY I HEREBY CERTIFY.
J. T. NOBLIN, CLERK
DEPUTY CLERK

*NOTICED*

**Marcus M. Wilson**
BENNETT, LOTTERHOS, SULSER & WILSON
P.O. Box 98
Jackson, MS 39205-0098
(601) 944-0466
Email: mwilson@blswlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John B. Newsome, III** represented by **David N. Usry**
U.S. ATTORNEY'S OFFICE
One Jackson Place
188 E. Capitol, Suite 500
Jackson, MS 39201
(601) 965-4480
Email: david.usry@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mildred A. Newsome** represented by **David N. Usry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harris T. Collier, III**
*United States Department of* represented by **David N. Usry**
(See above for address)

| | | |
|---|---|---|
| *Agriculture* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **United States Department of Agriculture** | represented by | **David N. Usry**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Counter Claimant** | | |
| **James D. Thompson** | represented by | **David N. Usry**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Alfred Lee Felder**<br>ALFRED LEE FELDER, ATTORNEY<br>P. O. Box 1261<br>McComb, MS 39648<br>(601) 684-3362<br>Email: alfelder1@bellsouth.net<br>*ATTORNEY TO BE NOTICED* |
| **Counter Claimant** | | |
| **Elizabeth Gail Thompson** | represented by | **Alfred Lee Felder**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Cross Claimant** | | |
| **James David Thompson, Jr.** | represented by | **Alfred Lee Felder** |

CM/ECF LIVE - U.S. District Court: Mississippi Southern District - Docket Report Page 4 of 9

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Trustmark National Bank** represented by **Robert Daniel Welch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles F. Barbour**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcus M. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2005 | 1 | NOTICE OF REMOVAL from Lawrence County Chancery Court, case number 14,473. State court record maintained in file. (Attachments: # 1 Exhibit # 2 Civil Cover Sheet)(akl, ) (Entered: 03/31/2005) |
| 03/31/2005 | | ***Set Flags Pending Track, Magistrate John M. Roper (akl, ) (Entered: 03/31/2005) |
| 04/04/2005 | 2 | MOTION for Extension of Time to File Answer re 1 Notice of Removal by United States Department of Agriculture. (Usry, David) (Entered: 04/04/2005) |

| | | |
|---|---|---|
| 04/05/2005 | | TEXT ORDER ONLY granting 2 Motion for Extension of Time to Answer. Defendant will have an additional thirty days to answer or otherwise plead.No further written order will issue from the Court . Signed by Judge John M. Roper on April 5,2005. (Nicaud, Jenny) (Entered: 04/05/2005) |
| 05/05/2005 | 3 | MOTION to Dismiss *Or, In The Alternative, For Summary Judgment* by United States Department of Agriculture. (Usry, David) (Entered: 05/05/2005) |
| 05/05/2005 | 4 | MEMORANDUM in Support re 3 MOTION to Dismiss *Or, In The Alternative, For Summary Judgment* filed by United States Department of Agriculture. (Usry, David) (Entered: 05/05/2005) |
| 05/05/2005 | 5 | MOTION for Summary Judgment by United States Department of Agriculture. (Usry, David) (Entered: 05/05/2005) |
| 05/06/2005 | | DOCKET ANNOTATION as to #5. Motion for Summary Judgement event docketed; originally #3. (akl, ) (Entered: 05/06/2005) |
| 05/13/2005 | 6 | MOTION for Extension of Time to File Response/Reply as to 3 MOTION to Dismiss *Or, In The Alternative, For Summary Judgment*, 5 MOTION for Summary Judgment by Trustmark National Bank. (Barbour, Charles) (Entered: 05/13/2005) |
| 06/13/2005 | 7 | RESPONSE in Opposition re 5 MOTION for Summary Judgment, 3 MOTION to Dismiss *Or, In The Alternative, For Summary Judgment* filed by Trustmark National Bank. (Attachments: # 1 Exhibit) (Barbour, Charles) (Entered: 06/13/2005) |
| 06/13/2005 | 8 | MOTION to Dismiss for Lack of Prosecution by Trustmark National Bank. (Attachments: # 1 Exhibit) (Barbour, Charles) (Entered: 06/13/2005) |
| 06/13/2005 | 9 | MEMORANDUM in Support re 8 MOTION to |

| | | |
|---|---|---|
| | | Dismiss for Lack of Prosecution filed by Trustmark National Bank. (Attachments: # 1 Exhibit)(Barbour, Charles) (Entered: 06/13/2005) |
| 06/13/2005 | 10 | AMENDED DOCUMENT by Trustmark National Bank. Amendment to 7 Response in Opposition to Motion *Amended Certificate of Service*. (Barbour, Charles) (Entered: 06/13/2005) |
| 06/27/2005 | 11 | Rule 16.1(A) Initial Order: TCMC set 8/18/2005 at 11:45 a.m. before Judge Roper. (Regenold, Sheryal) (Entered: 06/27/2005) |
| 06/27/2005 | | Set Deadlines/Hearings: Telephonic Case Management Conference set for 8/18/2005 11:45 AM before Magistrate Judge John M. Roper. (Regenold, Sheryal) (Entered: 06/27/2005) |
| 06/29/2005 | 12 | MOTION for Leave to Appear Entry of Appearance by James D. Thompson. (Felder, Alfred) (Entered: 06/29/2005) |
| 06/29/2005 | 13 | MOTION for Extension of Time to File by James D. Thompson. (Felder, Alfred) (Entered: 06/29/2005) |
| 06/30/2005 | | DOCKET ANNOTATION as to #12 and #13. Advised Attorney Felder's assistant that these documents are filed in the incorrect case. (akl, ) (Entered: 06/30/2005) |
| 07/01/2005 | 14 | Response in Opposition re 12 MOTION for Leave to Appear Entry of Appearance by James D. Thompson. (Felder, Alfred), 13 MOTION for Extension of Time to File by James D. Thompson. (Felder, Alfred) filed by Trustmark National Bank. (Barbour, Charles) (Entered: 07/01/2005) |
| 07/06/2005 | 15 | RESPONSE to Motion re 14 Response in Opposition, *Reply to Trustmark National Bank's Objection* filed by James D. Thompson. (Felder, Alfred) (Entered: 07/06/2005) |

| | | |
|---|---|---|
| 07/08/2005 | 16 | RESPONSE to Motion re 8 MOTION to Dismiss for Lack of Prosecution filed by James D. Thompson. (Felder, Alfred) (Entered: 07/08/2005) |
| 07/08/2005 | 17 | RESPONSE to Memorandum re 9 Memorandum in Support of Motion *to Dismissal for Lack of Prosecution* filed by James D. Thompson. (Felder, Alfred) (Entered: 07/08/2005) |
| 08/05/2005 | | NOTICE of Hearing on Motion - 3 MOTION to Dismiss *Or, In The Alternative, For Summary Judgment*, 5 MOTION for Summary Judgment, 8 MOTION to Dismiss for Lack of Prosecution, and any other pending motions: Motion Hearing set for 9/1/2005 at 03:30 PM in Courtroom 1, Federal Courthouse, Hattiesburg, MS before District Judge Keith Starrett. (scp, ) (Entered: 08/05/2005) |
| 08/18/2005 | | ORE TENUS MOTION to Continue CMC to September 15,2005 at 2:00p.m.due to the dispositive motion hearing. (Nicaud, Jenny) (Entered: 08/18/2005) |
| 08/18/2005 | | TEXT ORDER ONLY granting [] Motion to Continue CMC to September 15,2005 at 2:00 pm after dispositive motion hearing. No further written order will issue from this Court . Signed by Judge John M. Roper on August 18,2005. (Nicaud, Jenny) (Entered: 08/18/2005) |
| 08/18/2005 | | Set/Reset Hearings: Telephonic Case Management Conference set for 9/15/2005 02:00 PM before Magistrate Judge John M. Roper. (Nicaud, Jenny) (Entered: 08/18/2005) |
| 08/18/2005 | | Minute Entry for proceedings held before Judge John M. Roper : Telephonic Case Management Conference held on 8/18/2005. (Regenold, Sheryal) (Entered: 08/18/2005) |
| 08/19/2005 | 18 | SCHEDULING ORDER: Final Pretrial Conference set |

| | | |
|---|---|---|
| | | for 7/21/2006 before District Judge Keith Starrett. Amended Pleadings due by 10/1/2005. Discovery due by 4/1/2006. Designate Experts Plaintiff Deadline due by 1/1/2006. Designate Experts for Defendant Deadline due by 2/1/2006. Non-Jury Trial set for a calendar beginning 8/7/2006 before District Judge Keith Starrett. Joinder of Parties due by 10/1/2005. Motions due by 4/15/2006. Signed by Judge John M. Roper on August 18, 2005. (Regenold, Sheryal) (Entered: 08/19/2005) |
| 08/23/2005 | | NOTICE of Hearing on Motion 3 MOTION to Dismiss *Or, In The Alternative, For Summary Judgment*, 5 MOTION for Summary Judgment, and8 MOTION to Dismiss for Lack of Prosecution: Motion Hearing set for 9/8/2005 11:00 AM in Courtroom 1 before District Judge Keith Starrett. (Lampton, Donna) (Entered: 08/23/2005) |
| 09/21/2005 | | NOTICE of Hearing on Motion 3 MOTION to Dismiss *Or, In The Alternative, For Summary Judgment*, 5 MOTION for Summary Judgment, 8 MOTION to Dismiss for Lack of Prosecution, and any other pending motions: Motion Hearing reset for 11/3/2005 at 11:15 AM in Courtroom 1, Federal Courthouse, Hattiesburg, MS before District Judge Keith Starrett. (scp, ) (Entered: 09/21/2005) |
| 10/21/2005 | 19 | ORDER denying 8 Motion to Dismiss for Lack of Prosecution . Signed by Judge Keith Starrett on October 21, 2005. (scp, ) (Entered: 10/21/2005) |
| 10/21/2005 | 20 | ORDER - Trustmark's objection as expressed in its Response in Opposition to Entry of Appearance and Motion for Time [#14] is overruled; Plaintiffs' 13 Motion for Extension of Time is granted. Signed by Judge Keith Starrett on October 21, 2005. (scp, ) (Entered: 10/21/2005) |
| 10/21/2005 | | ***Motions terminated: 12 MOTION for Leave to |

| | | |
|---|---|---|
| | | Appear Entry of Appearance filed by James D. Thompson. Document incorrectly identified as a motion. (scp, ) (Entered: 10/21/2005) |
| 10/26/2005 | 21 | ORDER, Claims of Trustmark National Bank against the United States Department of Agriculture shall be severed from this action and transferred to the Court of Federal Claims. All other claims by and against Trustmark shall be remanded to the Chancery Court of Lawrence County . Signed by Judge Keith Starrett on 10/25/05. (akl, ) (Entered: 10/26/2005) |
| 10/26/2005 | | ***Civil Case Terminated. (akl, ) (Entered: 11/30/2005) |
| 11/03/2005 | | Certified copy of entire file, docket sheet and transfer order sent to the United States Court of Federal Claims. (akl, ) (Entered: 11/03/2005) |
| 12/01/2005 | | Certified copy of docket sheet, remand order and entire file sent to Chancery Court of Lawrence County. (akl, ) (Entered: 12/01/2005) |
| 12/08/2005 | | Copy of memo addressed to Clerk, Lawrence County Chancery Court showing district court file was received on 12/5/05. (ldr, ) (Entered: 12/08/2005) |