IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TRUSTMARK NATIONAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-260C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Allison Kidd-Miller as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attention: Classification Unit
1100 L Street, NW, 8th Floor
Washington, D.C. 20530

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Phone: (202) 305-3020
Fax: (202) 307-0972
E-mail: Allison.Kidd-Miller@usdoj.gov

Dated: April 18, 2006

CERTIFICATE OF FILING

I hereby certify that on this 18th day of April, 2006, a copy of the foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Allison Kidd-Miller