ORIGINAL

FILED
MAY 1 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **TRUSTMARK NATIONAL BANK,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 06-260c** |
| | ) | **(Judge Wolski)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN**, pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, that no answer or motion for summary judgment has been filed with this Court and, that the Plaintiff, TRUSTMARK NATIONAL BANK, hereby dismisses without prejudice the Amended Complaint filed herein against THE UNITED STATES in the case severed and transferred from the United States District Court for the Southern District of Mississippi (Hattiesburg), No. 05-cv-00086.

Dated: April 28th, 2006.

**MARCUS M. WILSON**
Mississippi Bar Number 7308
BENNETT LOTTERHOS SULSER & WILSON, P.A.
188 East Capitol Street, Suite 1400
Post Office Box 98
Jackson, Mississippi 39205-0098
Telephone: (601) 944-0466
Telefax: (601) 944-0467
Email: mwilson@blswlaw.com

May 1 2006 - Case dismissed pursuant to Rule 41(a)(1)(i) this day.

**CERTIFICATE OF SERVICE**

I, Marcus M. Wilson, Attorney for Trustmark National Bank, do hereby certify that I have this day sent be Federal Express, a true and correct copy of the above and foregoing Notice of Appearance to the following:

Danny Welch, Esquire
224 North Main Street
Mendenhall, Mississippi 39114

Allison Kidd-Miller
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attention: Classification Unit
1100 L Street, NW, 8th Floor
Washington, D.C. 20530

**DATED** this the 28th day of April, 2006.

Marcus M. Wilson

**Marcus M. Wilson**
Mississippi Bar Number 7308
**BENNETT LOTTERHOS SULSER**
**& WILSON, P.A.**
Post Office Box 98
Jackson, Mississippi 39205-0098
Telephone: (601) 944-0466
Telefax: (601) 944-0467